IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:13-cv-01883-AP

IZRA H. MENGESHA,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1. APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:
Joseph A. Whitcompb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Boulevard, Suite 705
Denver, Colorado 80204
303-534-1954
303-534-1949 (facsimile)
Joe@RMDLG.com

John F. Walsh
United States Attorney

J.B. García
Assistant United States Attorney
District of Colorado

For Defendant:
Stephanie Lynn F. Kiley
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
1961 Stout Street, Suite 4169
Denver, Colorado 80294-4003
(303) 844-0815
stephanie.kiley@ssa.gov

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

    **A.**     Date Complaint Was Filed: July 15, 2013

    **B.**     Date Complaint Was Served on U.S. Attorney's Office: November 6, 2013

    **C.**     Date Answer and Administrative Record Were Filed: January 6, 2014

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties, to the best of their knowledge, do not believe this case raises any unusual claims or defenses.

**7. OTHER MATTERS**

The parties have no other matters to bring to the attention of the Court. This case is not on appeal from a decision issued on remand from this Court.

**8. BRIEFING SCHEDULE**

Counsel for both parties conferred and request the following briefing schedule, which is outside of the standard time frame, due to Defendant's case load:

    **A.**     Plaintiff's Opening Brief Due: March 18, 2014

    **B.**     Defendant's Response Brief Due:  April 17, 2014

    **C.**     Plaintiff's Reply Brief (If Any) Due:  May 2, 2014

**9. STATEMENTS REGARDING ORAL ARGUMENT**

    **A.**     Plaintiff's Statement: Plaintiff does not request oral argument.

    **B.**     Defendant's Statement: Defendant does not request oral argument.

**10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

A.   **(  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.   **(**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.   AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 24th day of January, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

/s/ Joseph A. Whitcomb
By: Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
303-534-1954
joe@RMDLG.com

/s/ Stephanie Lynn F. Kiley
By: Stephanie Lynn F. Kiley
Special Assistant U.S. Attorney
1961 Stout Street, Ste. 4169
Denver, CO 80294-4003
303-844-0815
stephanie.kiley@ssa.gov